UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher SAINT JULES,<br>Petitioner,<br>v.<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>Respondents. | Case No.: 26-cv-5949-AGS-GC<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |

Petitioner Christopher Saint Jules seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. He seeks release, arguing, among other things, that his parole was inappropriately revoked. (*See* ECF 1, at 12–14.) Respondents concede that they have "insufficient information regarding termination of [his] parole," and thus they "do[] not oppose the petition and defer[] to the Court on the appropriate relief." (ECF 7, at 2–3.) The Court **GRANTS** the petition and orders that petitioner be released subject to the same terms and conditions of his prior parole. All deadlines and hearings are vacated. The pending motion for a temporary restraining order (ECF 2) is denied as moot. The Clerk must issue a judgment and close this case.

Dated: October 27, 2026

Hon. Andrew G. Schopler
United States District Judge